UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RSUI INDEMNITY COMPANY,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendant.

Case No. 16-cv-04952-HSG

**SCHEDULING ORDER**

The Court held a case management conference on November 29, 2016. The Court hereby enters the following case schedule:

| Event | Deadline |
| --- | --- |
| Deadline to Amend Pleadings | February 27, 2017 |
| Close of Fact Discovery | May 18, 2017 |
| Last Day to File Fact Discovery Motions to Compel | May 25, 2017 |
| Exchange of Opening Expert Reports | May 26, 2017 |
| Exchange of Rebuttal Expert Reports | July 27, 2017 |
| Close of Expert Discovery | August 17, 2017 |
| Last Day to File Expert Discovery Motions to Compel | August 28, 2017 |
| Last Day to Hear Dispositive Motions | August 17, 2017 at 2:00 pm |
| Pretrial Conference | October 3, 2017 at 3:00 pm |
| Jury Trial | October 23, 2017 at 8:30 am, 4 days |

//
//
//
//
//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial
3  Standing Order.
4  **IT IS SO ORDERED.**
5  Dated: 11/30/2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge